IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-02325-MSK-OES

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

---

### ORDER SETTING ORAL ARGUMENT

---

    **IT IS HEREBY ORDERED** that a one (1) hour oral argument hearing will be held on **September 27, 2005** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, on the admission of certain expert opinions.

    DATED this 31st day of August, 2005.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

Marcia S. Krieger  
United States District Judge