IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-02325-MSK-OES

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-2307-MSK-OES

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**ORDER GRANTING MOTION TO COMPEL, WITH CONDITIONS**

THIS MATTER comes before the Court on the Plaintiffs' Motion to Compel **(#228)**.  At

the hearing held November 15, 2005, the Court addressed the motion. To remedy any ambiguity in the oral ruling,

**IT IS ORDERED** that the Motion to Compel **(#228)** is **GRANTED, in part**. Except for the statements of operating expenses and loan reconciliation schedules of the Cripple Creek and Victor Gold Mining Company, the information sought shall be produced within 30 days after a determination of liability if a showing is made that the Defendants are unwilling or unable to pay a civil penalty.

Dated this 16th day of November, 2005

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge