IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-OES

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-2307-MSK-OES

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**ORDER GRANTING MOTION FOR PRESENTATION
OF TELEPHONE TESTIMONY**

THIS MATTER comes before the Court on the Plaintiffs' motion **(#271)** seeking leave to

present testimony from Kimberlee Dinn by telephone. Having considered the motion, the

response **(#274)** and the reply **(#275)**, the Court

    **FINDS** and **CONCLUDES** that:

The Plaintiffs desire to call Kimberlee Dinn to testify at trial. They ask that they be allowed to present her testimony by telephone. They state that they will have a notary or other authorized person present at Ms. Dinn's location to administer the oath.

The Defendants do not oppose allowing Ms. Dinn to testify by telephone. Although Ms. Dinn was not listed on the most recent witness list, they do not oppose her addition to such list. However, they express concern that the Plaintiffs will seek to add other witnesses to the list.

After consideration of the relevant factors, the Court concludes that Ms. Dinn may testify by telephone. Whether other unlisted witnesses should be allowed to testify is not before the Court.

    **IT IS ORDERED** that:

(1)    Exhibit C to the Amended Final Pretrial Order (dated 12-1-05) is **AMENDED** to include Kimberlee Dinn.

(2)    The Plaintiff's motion **(#271)** to present Ms. Dinn's testimony by telephone is **GRANTED**. In accordance with MSK Civ. Practice Standard II.H, the Plaintiffs shall ensure that a notary or other authorized person is present at Mr. Dinn's location to verify her identity during trial.

Dated this 31st day of January, 2006

    **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge