IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-OES

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants,

and

Civil Action No. 01-cv-2307-MSK-OES

SIERRA CLUB, and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER AND FOR LEGAL REPRESENTATION

---

THIS MATTER comes before the Court on the Colorado Department of Public

Health and Environment ("CDPHE") and the Colorado Division of Minerals and Geology's

("CDMG") Unopposed Motion for Protective Order and for Legal Representation (**#278**).

Having considered the same, the Court

> **FINDS** and **CONCLUDES** that:

> Through the Office of the Colorado Attorney General, the CDPHE and the CDMG seek

an order protecting several state employees (Dave Akers, Carla Lenkey, Gary Soldano, Tom

Boyce, Susan Nachtireb, Christopher Gates, and Berhan Keffelew) who have been subpoenaed as

witnesses in this case from testifying about privileged information and from giving unretained

expert testimony.  It is the movants' understanding that only factual testimony will be elicited

from these employees.  They also ask that the employees be allowed to have legal representation

during their testimony.  However, they do not specify the nature of the representation requested.

For instance, they do not state whether they simply desire to have counsel present in the

courtroom for consultation or whether such counsel should be permitted to raise objections

during the trial.

> The motion states that the parties in the case do not oppose the relief requested.

Therefore, the Court grants the motion.  However, because the motion does not specify the scope

of legal representation sought, the Court does not determine it at this juncture.

> **IT IS ORDERED** that:

> (1)      The motion (**#278**) is **GRANTED**.

> (2)      Witnesses Dave Akers, Carla Lenkey, Gary Soldano, Tom Boyce, Susan

> Nachtireb, Christopher Gates, and Berhan Keffelew may be represented by an

> attorney from the Office of the Colorado Attorney General during their testimony.

(3)      The testimony of Dave Akers, Carla Lenkey, Gary Soldano, Tom Boyce, Susan

Nachtireb, Christopher Gates, and Berhan Keffelew is limited to non-privileged,

non-expert, factual testimony.

Dated this 3rd day of February, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge