IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-OES

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants,

and

Civil Action No. 01-cv-02307-MSK-OES

SIERRA CLUB, and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants.

## ORDER TO FILE GLOSSARY

**IT IS ORDERED** that on or before **February 9, 2006** at **5:00 p.m.**, the parties shall file **a**

**single glossary** which should include any unusual or technical terminology and proper names of persons, other than parties, who will be mentioned during the trial. Capitalize only proper names.

Dated this 6th day of February, 2006

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge