IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO RECEIVE AND ADMIT STIPULATED TRIAL EXHIBIT 206 AND TO CORRECT RECORD

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion to Receive and Admit Stipulated Trial Exhibit 206 and to Correct Record **(#299)**.  Based upon the parties' agreement,

**IT IS ORDERED** that the motion **(#299)** is **GRANTED**.

Dated this 28th day of February, 2006

                **BY THE COURT:**

*/s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge