IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

      Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO REOPEN EVIDENCE**
_____

      THIS MATTER comes before the Court on the Defendants' Unopposed Motion to

Reopen Evidence **(#301)**. Based upon the parties' agreement,

    **IT IS ORDERED** that the motion **(#301)** is **GRANTED**. Exhibits 616 and 617 are received into evidence. They will be considered as part of the trial record but not for the truth of the matters asserted therein.

    Dated this 7th day of March, 2006

                                       **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge