IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION REQUESTING COURT ACTION
UNDER FED. R. CIV. P. 58 (c)(2)**

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion Requesting Court Action Under Fed. R. Civ. P. 58(c)(2) **(#328)**. Having considered the motion, the Court hereby **GRANTS** it and **ORDERS** that the Motions for Attorney Fees filed by the Defendants have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely filed motion under Rule 59.

Dated this 11th day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge