IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the Unopposed Motion Seeking Court Copy of Trial Exhibit 708. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#354) is DENIED** as moot. Counsel for the Plaintiffs have received Trial Exhibit 708 from the Court.

Dated this 8th day of February, 2007

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge