IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-02325-MSK-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK AND VICTOR GOLD MINING COMPANY,
ANGLOGOLD ASHANTI (COLORADO) CORPORATION,
ANGLOGOLD ASHANTI NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants,

and

Civil Action No. 01-cv-02307-MSK-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs,

v.

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,
ANGLOGOLD (COLORADO) CORPORATION,
ANGLOGOLD NORTH AMERICA, INC., and
GOLDEN CYCLE GOLD CORPORATION,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF STIPULATION**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Approval of

Stipulation **#380**. Having reviewed the motion, the Court finds that based on the parties'

stipulation, which was attached to the motion as Exhibit A, the amended judgment entered in this action on February 14, 2007 awarding Defendants attorneys' fees #361, and the June 28, 2006 stipulation and attendant order regarding costs to be taxed # 340, #341(collectively "Judgment"), have been fully satisfied, pursuant to a settlement agreement between the parties dismissing all appeals. The Court further finds that all bonds previously required by the Court in this matter should be annulled and the sureties exonerated.

**IT IS THEREFORE ORDERED** that:

1) Plaintiffs' Unopposed Motion for Approval of Stipulation is **GRANTED**.

2) The Clerk shall enter an acknowledgment of satisfaction of the Judgment.

3) All bonds filed in this matter are annulled and the sureties thereon are exonerated.

Dated this 27th day of August, 2007

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge